ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**
OCT 18 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| ARMAND THOMAS CIMINO JR | Case No. 03-53845 CN |
| MICHELLE D CIMINO | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2499159 for an unclaimed dividend in the amount of $125.99. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    Claim # 37    JAVCO
                              33 W MARKET ST
                              SALINAS, CA 93901

Dated: October 17, 2011

                                              /s/ Alexandra DeLateur
                                              DEVIN DERHAM-BURK, TRUSTEE