DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
ARMAND THOMAS CIMINO JR ) Case No. 03-53845 CN
)
MICHELLE D CIMINO ) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtors )
)

The final dividend to Creditor, SBC in the above entitled matter was returned marked:

RETN TO SENDER - NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $2.95 as an unclaimed dividend.

    Claim # 55    SBC
                      ATTN BK RECOVERY CENTER
                      P O BOX 981268
                      W SACRAMENTO, CA 95851

Dated: October 17, 2011

                                                   _/s/ Alexandra De Lateur for_
                                                   DEVIN DERHAM-BURK, TRUSTEE

FILED OCT 1 8 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013



NIXIE            957        DE  1         00  06/25/11

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 95150001313        *0855-09195-15-43*

SBC
ATTN BK RECOVERY CENTER
P O BOX 981268
W SACRAMENTO, CA 95851