DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtors

ORIGINAL

FILED
OCT 1 8 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

ARMAND THOMAS CIMINO JR

MICHELLE D CIMINO

        Debtors

) Chapter 13
)
) Case No. 03-53845 CN
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
)
)
)

The final dividend to Creditor, SBC in the above entitled matter was returned marked:

RETN TO SENDER - NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $23.78 as an unclaimed dividend.

    Claim # 85     SBC
                        ATTN BK RECOVERY CENTER
                        P O BOX 981268
                        W SACRAMENTO, CA  95851

Dated:  October 17, 2011

*Alexandra DeLateur for*
DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

SBC
ATTN BK RECOVERY CENTER
P O BOX 981268
W SACRAMENTO, CA 95851

NIXIE         957    DE 1         00  06/25/11
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 95150001313        *0955-09195-15-43*

