DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                           ) Chapter 13
                                                 )
ARMAND THOMAS CIMINO JR                          ) Case No. 03-53845 CN
                                                 )
MICHELLE D CIMINO                                ) **NOTICE OF UNCLAIMED DIVIDEND**
                                                 )
           Debtors                               )
_____)

The final dividend to Creditor, KEEPSAKE DIAMONDS in the above entitled matter was returned marked: RETN TO SENDER - ATTEMPTED NOT KNOWN

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $19.38 as an unclaimed dividend.

   Claim # 82        KEEPSAKE DIAMONDS
                     654 NORTHRIDGE MALL
                     SALINAS, CA 93906

Dated: October 17, 2011                    _____
                                           DEVIN DERHAM-BURK, TRUSTEE

FILED
OCT 18 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

